Appeal from order of the Appellate Division dismissing the appeal from an order of Supreme Court, among other things, denying appellant's motion for custody and suspension of his support obligations pending determination of the action, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent.

Decided September 8, 2009

Reported below, 60 AD3d 1435 (Appeal No. 2).

Appeal from order of the Appellate Division dismissing the appeal from a judgment of divorce, dismissed upon the ground that appellant is not a party aggrieved.

LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent.

Decided September 8, 2009

Reported below, 60 AD3d 1435 (Appeal No. 3).

Appeal from order of the Appellate Division affirming so much of an order of Supreme Court as denied appellant's motion to amend the caption, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent.

Decided September 8, 2009

Reported below, 60 AD3d 1435 (Appeal No. 4).

Appeal from order of the Appellate Division affirming so much of an order of Supreme Court as denied appellant's postjudgment motion for a change in custody and/or parenting time dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.